LOCAL FORM 4004-1
B283 (FORM 283) (4/22)

# United States Bankruptcy Court
## District of Minnesota

In re    Kevin D Swenson
_____Kimberly J Swenson_____          Case No.   **17-32028**
                                        Debtor(s)       Chapter    **13**

## CHAPTER 12 or 13 DEBTOR'S CERTIFICATIONS REGARDING
## DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

*Part I. Certification Regarding Domestic Support Obligations (check no more than one)*

Pursuant to 11 U.S.C. Section 1228(a) or 1328(a), I certify that:

[✓] I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

[ ] I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 12 or 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II. If you checked the second box, you must provide the information below.*

My current address:          _____
My current employer          _____
and my employer's address:   _____

*Part III. Certification Regarding Section 522(q) (check no more than one)*

[✓] I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $189,050* in value in the aggregate.

[ ] I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $189,050* in value in the aggregate.

*Part IV. Debtor's Signature*

I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Executed on:    _____June 15, 2022_____          _____
                Date                                        Kevin D Swenson
                                                            Debtor

---

* *Amounts are subject to adjustment on 4/1/2025 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

LOCAL FORM 4004-1
B283 (FORM 283) (4/22)

# United States Bankruptcy Court
## District of Minnesota

In re   Kevin D Swenson
        Kimberly J Swenson _____     Case No.   **17-32028**
                                    Debtor(s)                    Chapter    **13**

## CHAPTER 12 or 13 DEBTOR'S CERTIFICATIONS REGARDING
## DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

*Part I. Certification Regarding Domestic Support Obligations (check no more than one)*

Pursuant to 11 U.S.C. Section 1228(a) or 1328(a), I certify that:

[✓]  I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

[ ]  I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 12 or 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II. If you checked the second box, you must provide the information below.*

My current address:         _____
My current employer          _____
and my employer's address:   _____

*Part III. Certification Regarding Section 522(q) (check no more than one)*

[✓]  I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $189,050* in value in the aggregate.

[ ]  I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $189,050* in value in the aggregate.

*Part IV. Debtor's Signature*

I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Executed on:   _____June 15, 2022_____        *Kimberly J Swenson*
                      Date                     **Kimberly J Swenson**
                                                       Debtor

---

* *Amounts are subject to adjustment on 4/1/2025 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*